1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

DR. JAE HONG and DR. JOSEPH
HWANG,

CASE NO. C09-733RSM

11

ORDER

Plaintiff,

12

v.

13

JANET NAPOLITANO, et al.,

14

Defendant.

15
16
17
18
19
20
21
22
23
24

Pursuant to plaintiff's Notice of non-opposition to dismissal (Dkt. # 65), defendants'

motion for summary judgment (Dkt. # 62) is GRANTED and this action is DISMISED as moot.

Dated this 21st day January 2011.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE